UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

OMAR BARNES,

Defendant.

**INDICTMENT**

25 Cr.

**25 CRIM 219**

---

## COUNT ONE
### (Possession of a Firearm After a Felony Conviction)

The Grand Jury charges:

1. On or about October 31, 2024, in the Southern District of New York and elsewhere, OMAR BARNES, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, one loaded Taurus USA 9mm semi-automatic pistol with serial number ABE570315, and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, OMAR BARNES, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to:

    a. One Taurus USA 9mm semi-automatic pistol with serial number ABE570315;

    b. Seven rounds of Winchester 9mm Luger caliber ammunition;

    c. Three rounds of Federal Cartridge 9mm caliber ammunition;

        d.        One round of Sig Sauer 9mm caliber ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.        cannot be located upon the exercise of due diligence;

        b.        has been transferred or sold to, or deposited with, a third person;

        c.        has been placed beyond the jurisdiction of the Court;

        d.        has been substantially diminished in value; or

        e.        has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney